IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BOYD,

    Plaintiff,                              No. CIV S-10-0100 DAD P

    vs.

DON RAY ROBINSON,

    Defendants.                        ORDER

_____/

        Plaintiff, a state prisoner confined at Red Onion State Prison in Pound, Virginia, has filed an incomplete, incomprehensible four-page "complaint" naming Don Ray Robinson as the sole defendant in this action. Plaintiff has also filed an incomplete application to proceed in forma pauperis. No other pleadings have been filed by the plaintiff.

        Plaintiff is advised that, in order to commence an action, he must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file a properly completed application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

In the interest of justice, the court will grant plaintiff thirty days leave to file a new complaint on the form provided by this court.  Plaintiff must identify any defendant in the caption of his pleading and name any defendant with his or her position and place of employment in the section of the form designated for that purpose.  It is not clear from plaintiff's original filing whether venue is proper in this court or why plaintiff has chosen to file an action in this court.

The court will also grant plaintiff thirty days leave to file a properly completed application to proceed in forma pauperis.  Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case.  Plaintiff shall also submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided by the Clerk of Court.  Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action and the application to proceed in forma pauperis by a prisoner.

DATED: February 12, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
boyd0100.nocompl