IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BOYD,

    Plaintiff,                    No. CIV S-10-0100 DAD P

    vs.

DON RAY ROBINSON,             ORDER AND

    Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        On February 16, 2010, the court ordered plaintiff to file a complaint on the form provided by this court and to submit a properly completed application to proceed in forma pauperis within thirty days. Plaintiff was cautioned that failure to comply with the court's order would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed a complaint, has not submitted a properly completed application to proceed in forma pauperis, and has not otherwise responded to the court's order.

        IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).

/////

1

1   These findings and recommendations are submitted to the United States District
2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
3   one days after being served with these findings and recommendations, plaintiff may file written
4   objections with the court.  Such a document should be captioned "Objections to Magistrate
5   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
6   within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
7   Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 30, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
boyd0100.fifp.fcomp