IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BOYD,

        Plaintiff,                      No. CIV S-10-0100 FCD DAD P

    vs.

DON RAY ROBINSON,

        Defendant.               ORDER

_____/

        On January 31, 2011, plaintiff filed a notice with this court regarding an alleged knee injury and a payment of cash. This civil rights action was closed on October 1, 2010. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

        IT IS SO ORDERED.

DATED: February 11, 2011.

                                                                     _____
                                                                     DALE A. DROZD
                                                                     UNITED STATES MAGISTRATE JUDGE

DAD:kly:12
boyd0100.58